# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
## Southern Division

**WYLIE D. POUNDSTONE, JR.**

    Plaintiff,

Civil Action No.

2:12-cv-3609-HGD

v.

**PORTFOLIO RECOVERY ASSOCIATES, LLC**

and

**NATHAN & NATHAN, PC**

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

All parties in this action hereby stipulate and agree that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-styled action is hereby dismissed with prejudice. The parties shall each bear their own attorneys' fees and costs.

    Respectfully submitted,

    WYLIE D. POUNDSTONE, JR.
    Plaintiff
    By Counsel

PORTFOLIO RECOVERY
ASSOCIATES, LLC
Defendant
By Counsel

NATHAN & NATHAN, PC
Defendant
By Counsel


s/Edward M. Wayland
Edward M. Wayland, Esq.
ASB-5319-A56W
2800 Zelda Road
Suite 100-5
Montgomery, AL 36106
e-mail:  *edwayland@yahoo.com*

Counsel for Plaintiff


s/ R. Frank Springfield
R. Frank Springfield, Esq.
SPRIR5196
Burr & Forman, LLP
420 N. 20th Street, Suite 3400
Birmingham, AL   35203
(205) 251-3000
(205) 458-5110 (fax)
e-mail:  *fspringf@burr.com*

Counsel for Defendant Portfolio Recovery
Associates, LLC

2

s/ Joseph E. Stott
Joseph E. Stott, Esq.
ASB-4163-T71J
Scott, Sullivan, Streetman & Fox, PC
2450 Valleydale road
Birmingham, AL   35244
(205) 967-9675
(205) 967-7563 (fax)
e-mail:  *jstott@sssandf.com*

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2013, acting for my client, Wylie D. Poundstone, Jr., plaintiff, and with the authorization of counsel for the defendants in this action, I filed a true copy of the foregoing Stipulation of Dismissal With Prejudice with the Court using the CM/ECF electronic filing system, which will automatically forward a copy to counsel for the defendants listed above.

s/ Edward M. Wayland
Edward M. Wayland
